UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RICHARD H. YOUNG and MELVIE GOLDSBY | CIVIL ACTION NO. 02-1644 |
| VERSUS | JUDGE ROBERT G. JAMES |
| OUACHITA PARISH SCHOOL BOARD, ET AL. | MAG. JUDGE JAMES D. KIRK |

## ORDER

For the reasons set forth in this Court's Ruling:

IT IS HEREBY ORDERED that Plaintiffs' request for preliminary injunction is GRANTED;

IT IS FURTHER ORDERED that Walter "Fox" McKeithen, Secretary of State, W.J. Hodge, Clerk of Court of Ouachita Parish, the Ouachita Parish School Board, Dr. Bob Webber, Jack White, Scott Robinson, A.R. Sims, Jerry R. Hicks, John Russell, Carey Walker, and Greg Manley are HEREBY ENJOINED from opening the qualifying period for the election of the Ouachita Parish School Board, scheduled to begin on August 21, 2002, and from holding the primary election for the Ouachita Parish School Board, which is scheduled for October 5, 2002.

MONROE, LOUISIANA, this 20 day of August, 2002.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE