RECEIVED
IN MONROE, LA
OCT 28 2002
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
OCT 29 2002
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

RICHARD H. YOUNG and
MELVIE GOLSBY

Plaintiffs

CIVIL ACTION NO. 3:02CV1644

VERSUS

OUACHITA PARISH SCHOOL BOARD,
DR. BOB WEBBER, Superintendent,
and JACK WHITE, SCOTT ROBINSON,
A. R. SIMS, JERRY R. HICKS, JOHN
RUSSELL, CAREY WALKER and GREG
MANLEY, in their official capacities as
Superintendent and members of the
OUACHITA PARISH SCHOOL BOARD,
respectively; CHRISTA MEDARIES, in
her capacity as OUACHITA PARISH
REGISTRAR OF VOTERS

JUDGE ROBERT G. JAMES

Defendants

## CONSENT JUDGMENT

I.

**WHEREAS:**

1.  The Plaintiffs, Richard H. Young and Melvie Golsby, (collectively referred to as "Plaintiffs"), filed this suit on August 02, 2002 against the Ouachita Parish School Board and Dr. Bob Webber, Jack White, Scott Robinson, A. R. Sims, Jerry R. Hicks, John Russell, Carey Walker and Greg Manley, in their official capacities as Superintendent and members of the Ouachita Parish School Board, (collectively referred to as "Defendants") in Civil Action No. 3:02CV1644 captioned " Plaintiffs' Complaint for Injunctive and Declaratory Relief" pending in the United States District Court for the Western District of Louisiana, Monroe Division alleging a breach of the Fourteenth and Fifteenth Amendments to the Constitution of the United States and a breach of §2 of the Voting Rights Act of 1965, 42 U.S.C. § 1973.

2. On January 17, 2002 the Ouachita Parish School Board adopted a redistricting plan which increased the number of members from seven (7) to eight (8). Plaintiffs alleged that the plan maintained the one minority district previously had under the 1990 census. Plaintiffs therefore alleged the increase from seven (7) to eight (8) members diluted African-American voting strength and effectively resulted in a reduction of minority representation and was, therefore, retrogressive with only one African-American school board member.

3. The proposed plan, which allegedly diluted minority voting strength, was adopted with four (4) "yes" votes and three (3) "no" votes.

4. Plaintiffs allege that the purpose and result of having eight (8) members for the OUACHITA PARISH SCHOOL BOARD is to deny or abridge the right of African-Americans to vote on account of race or color. The alleged result is the dilution of minority voting strength, in violation of the 1965 Voting Rights Act and the 15th Amendment to the United States Constitution, and a denial of Equal Protection as guaranteed by the 14th Amendment to the United States Constitution.

5. This Honorable Court held a hearing on Plaintiffs' request for preliminary injunctive relief on August 19, 2002. All parties concerned were represented by counsel.

6. On August 20, 2002 this Honorable Court granted Plaintiffs' request for preliminary injunctive relief but was silent on the Plaintiffs' request for declaratory relief.

7. A trial on the permanent injunction was scheduled for November 18, 2002.

8. On October 17, 2002 at a regularly scheduled school board meeting the OUACHITA PARISH SCHOOL BOARD agreed to a compromise and adopted a seven (7) member plan identified as Plan13-C.

9. On October 18, 2002 at approximately 9:30 a.m. the attorneys for the OUACHITA PARISH SCHOOL BOARD met with the Plaintiffs' attorney and their demographic expert, Mr. Glen Koepp, to review plan 13-C adopted as a compromise and a substitute to the eight (8) member plan which is the subject of this litigation. Plaintiffs' attorney with their expert demographer on behalf of Plaintiffs accepted this seven (7) member plan in lieu of the previous eight (8) member plan as a compromise in this lawsuit.

10. On October 18, 2002 at a regularly scheduled Status Conference, per the Scheduling Order adopted by this Honorable Court, Plaintiffs and Defendants informed the Honorable Robert James that a compromise had been reached and requested that Court be opened to allow both parties to state the compromise on the record.

11. Thus, at approximately 11:30 a.m. on October 18, 2002 the Honorable Robert James, Federal District Judge, opened Court and allowed Plaintiffs' attorneys and Defendants' attorneys to put this compromise agreement on the record. The parties agreed that the adoption of Plan 13-C as a compromise agreement was reached in order to avoid protracted and expensive litigation. The parties further stipulated that Plaintiffs, RICHARD H. YOUNG and MELVIE GOLSBY, would be deemed prevailing parties with all rights thereto appertaining including costs and fees as per the Louisiana Attorney General's Approved Fee Schedule.

II.

**NOW, THEREFORE, KNOW ALL PERSONS BY THESE PRESENTS:**

12. Plaintiffs, RICHARD H. YOUNG and MELVIE GOLSBY, for and in consideration of the new seven (7) member plan identified as Plan 13-C (attached hereto as Exhibit 1, along with a legal description of each district) and Plaintiffs' reasonable attorney's fees and expert's fees, as prevailing parties pursuant to 42 USCA §1988, state for each of them individually, collectively and

on behalf of the Plaintiffs' successors and assigns, that they do release, acquit and forever discharge the Defendants, OUACHITA PARISH SCHOOL BOARD and DR. BOB WEBBER, JACK WHITE, SCOTT ROBINSON, A. R. SIMS, JERRY R. HICKS, JOHN RUSSELL, CAREY WALKER and GREG MANLEY, in their official capacities as Superintendent and members of the OUACHITA PARISH SCHOOL BOARD, as well as their agents, servants and employees, from any and all claims, demands, and all causes of action whatsoever which have occurred against any of the aforenamed including, but not limited to, any action which has or may have arisen under the Voting Rights Act pursuant to an eight (8) member plan adopted by the OUACHITA PARISH SCHOOL BOARD on January 17, 2002.

13. The consideration described above is accepted by RICHARD H. YOUNG and MELVIE GOLSBY and by their attorney, Charles D. Jones, in full compromise and settlement of all causes of action which were asserted or which could have been asserted against all the Defendants in Civil Action No. 3:02CV1644 or in any proceeding before any Federal Court or Federal agency. Moreover, Defendants' payment of attorney's fees and costs, including court costs, shall not be construed as an admission of fault or liability to any claim in any proceeding which exists or may arise by these Plaintiffs or other persons.

14. Plaintiffs agree that a stipulation of Dismissal with Prejudice shall be entered in Civil Action No.3:02CV1644 styled, "RICHARD H. YOUNG and MELVIE GOLSBY, Plaintiffs VERSUS OUACHITA PARISH SCHOOL BOARD, DR. BOB WEBBER, Superintendent, and JACK WHITE, SCOTT ROBINSON, A. R. SIMS, JERRY R. HICKS, JOHN RUSSELL, CAREY WALTER and GREG MANLEY, in their official capacities as Superintendent and members of the OUACHITA PARISH SCHOOL BOARD, respectively," in the United States District Court for the Western District of Louisiana, Monroe Division. The Plaintiffs agree to withdraw all complaints filed

before August 02, 2002 against the OUACHITA PARISH SCHOOL BOARD with any administrative Federal agency, including the State of Louisiana and any of its agencies, which in any way controls the voting procedures of the citizens of OUACHITA PARISH.

15. The Plaintiffs agree that this document contains all consideration for the full release, compromise, and settlement of all causes of action accruing before August 02, 2002 against Defendants for their alleged violations of the Voting Rights Act, Fourteenth Amendment of the United States Constitution, and Fifteenth Amendment of the United States Constitution.

Respectfully submitted,

_____
ELMER G. NOAH, II., GENERAL
COUNSEL - LA. BAR ROLL NO. 10009
1900 N. 18th Street, Suite 302
Monroe, Louisiana 71201
Telephone: (318) 322-6005
FOR OUACHITA PARISH SCHOOL DISTRICT

_____
JOSEPH M. BERTRAND, SPECIAL
COUNSEL - LA. BAR ROLL NO. 17255
3017 21ST Street, Suite 150
Metairie, Louisiana 70002
Telephone: (504) 835-8100
FOR OUACHITA PARISH SCHOOL DISTRICT

_____
CHARLES D. JONES, GENERAL
COUNSEL - LA. BAR ROLL NO. 07476
141 DeSiard Street, Suite 315
Monroe, Louisiana 71202
Telephone: (318) 325-2644
FOR THE PLAINTIFFS, RICHARD H. YOUNG
AND MELVIE GOLDSBY

APPROVED BY:

_____
THE HONORABLE ROBERT G. JAMES,
UNITED STATES DISTRICT JUDGE
MONROE, LOUISIANA THIS 29
DAY OF OCTOBER, 2002.

JUDGMENT ENTERED
October 30, 2002
BY Deborah Berry
COPY Jones
       Noah
       Bertrand